IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| LAKEVIEW LOAN SERVICING, LLC,<br>　　Plaintiff, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| MEGAN WIELINGA, UNITED<br>STATES OF AMERICA, ON BEHALF<br>OF THE SECRETARY OF HOUSING<br>AND URBAN DEVELOPMENT,<br>　　Defendants. | §<br>§<br>§<br>§<br>§ | 5:25-cv-00375 |

### ORDER GRANTING MOTION FOR FINAL JUDGMENT BY DEFAULT AS TO MEGAN WIELINGA

The Court has considered Lakeview Loan Servicing, LLC's Motion for Final Judgment by Default as to Megan Wielinga filed on January 7, 2026. After carefully considering the Motion, the Court is of the opinion that the Motion is well taken and should be Granted.

**IT IS ORDERED** that Plaintiff's Motion for Final Judgment by Default as to Megan Wielinga is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court quantified the amount chargeable to the Property in respect of the Loan in the amount of $146,141.07, as of January 21, 2026, which continues to accrue a per diem at $23.36, each day after January 21, 2026.

**IT IS FINALLY ORDERED** that Plaintiff shall proceed with the foreclosure sale securing such amount as remedy to Lakeview Loan Servicing, LLC for the breach of contract by Defendant Megan Wielinga.

This __8th__ day of __January__, 2026

　　　　　　　　　　　　　　　　　　s/Tilman E. Self, III
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE