IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LAKEVIEW LOAN SERVICING LLC , | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00375-TES |
| | * |
| MEGAN WIELINGA, et al, | |
| | * |
| Defendants. | |
| _____ | * |

**DEFAULT J U D G M E N T**

Pursuant to this Court's Order dated January 8, 2026 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff against Defendant Megan Wielinga.

This 8th day of January, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk